CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U. C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: 530.752.5440
Facsimile: 530.752.5788
ccwhite@ucdavis.edu

LAURENCE O. MASSON, CSB# 87794
LAW OFFICE OF LAURENCE O. MASSON
2625 Alcatraz Avenue, #206
Berkeley, CA 94705-2702
Telephone: 510.735.9691
Facsimile:  510.735.9693
lomlex@g.mail.com

Attorneys for Plaintiff Juan Carlos Valadez Lopez

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

JUAN CARLOS VALADEZ LOPEZ,

        Plaintiff,                      Case No. 2:07-CV-01566 LKK DAD

        v.

MICHAEL CHERTOFF, et al.           STIPULATION AND
                                                    ORDER CONTINUING HEARING DATE

_____/

       Federal defendants have noticed for hearing at 10:00 a.m. on December 17, 2007, each of the following three motions ("Motions"):

       Motion To Dismiss By Defendants Michael Chertoff And Alberto Gonzales,

       Defendant Yakov Grinberg's Motion For Summary Judgment, and

       Motion To Dismiss Or In The Alternative For Summary Judgment By Defendants Nancy Alcantar And Antonio Amador.

       Federal defendants and plaintiff, by and through their respective undersigned counsel of record, have stipulated to continue the date of hearing of the aforesaid Motions to 10:00 a.m. on January 28, 2008.

Stip-Order Continuing Hearing Date        1

Undersigned counsel have further stipulated that plaintiff's opposition papers to the Motions shall be filed and served on or before January 4, 2008.  Defendants' reply papers shall be filed and served in compliance with Local Rule 78-230(d).

Dated: November 20, 2007.          Law Office of Laurence O. Masson

/s/ Laurence O. Masson

_____
Laurence O. Masson
Co-counsel for Juan Carlos Valadez Lopez

Dated: November 21, 2007           United States Department of Justice

/s/ Brant S. Levine

By _____
Brant S. Levine, Trial Attorney
Counsel for defendants Chertoff, Gonzales
Grinberg, Alcantar and Amador

(Original signature retained by plaintiff's counsel)

Dated: November 26, 2007.          **IT IS SO ORDERED.**

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip-Order Continuing Hearing Date           2