Brant S. Levine, D.C. Bar 472970
United States Department of Justice, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-616-4373
Fax: 202-616-4314
Brant.Levine@usdoj.gov

Attorney for the Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN CARLOS VALADEZ LOPEZ,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**MICHAEL CHERTOFF, ET AL.,**<br><br>　　　　　Defendants. | Case No. 2:07-cv-01566-LEW<br><br>**STIPULATION AND ORDER SETTING A BRIEFING SCHEDULE FOR FEDERAL DEFENDANTS' MOTIONS** |

　　　Plaintiff Juan Carlos Valadez Lopez and Defendants Michael Chertoff, Alberto Gonzales, Antonio Amador, Nancy Alcantar, Yakov Grinberg, and the United States of America ("the Federal Defendants") propose the following briefing schedule regarding the motions to dismiss or for summary judgment filed by the Federal Defendants.

　　　1. The motions by Yakov Grinberg (Docket No. 20), Michael Chertoff and Alberto Gonzales (Docket No. 21), and Nancy Alcantar and Antonio Amador (Docket No. 22) will be placed on the motions calendar for March 21, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

2. The parties also request that the motion by the United States (Docket No. 40), which the Court ordered submitted without appearance or argument (Docket No. 42), also be placed on the calendar for March 21, 2008.

3. Plaintiff will file oppositions to all motions on or before February 29, 2008.[1]

4. The Federal Defendants will file replies to all motions on or before March 14, 2008.

February 6, 2008

Respectfully submitted,

/s/ Brant S. Levine
Brant S. Levine
Counsel for Michael Chertoff, Alberto Gonzales, Antonio Amador, Nancy Alcantar, Yakov Grinberg, and the United States of America

/s/Carter C. White
as authorized on February 6, 2008
Carter C. White
Co-counsel for Juan Carlos Valadez Lopez

**IT IS SO ORDERED.**

**DATED:  2/6/2008**

/s/ Ronald S. W. Lew
Hon. Ronald H.W. Lew
United States District Judge

---

[1] Plaintiff intends to file an ex parte request to supplement his opposition to the motion to dismiss by the United States (Docket No. 41).  The United States will not object to Plaintiff being granted leave to file a supplemental opposition.

Stipulation to Set a Briefing Schedule for Federal Defendants' Motions
Case No. 2:07-cv-01566-LEW

PDF created with pdfFactory trial version www.pdffactory.com