CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: 530.752.5440
Facsimile: 530.752.5788
ccwhite@ucdavis.edu

Attorneys for Plaintiff Juan Carlos Valadez Lopez

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VALADEZ-LOPEZ,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MICHAEL CHERTOFF, et al.,  )<br>  )<br>  Defendants.  )<br>  ) | Case No. 2:07-cv-01566-LEW<br><br>**ORDER ON PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO SUPPLEMENT OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Before the Court is Plaintiff's Unopposed Ex Parte Application for Leave to Supplement Opposition to Defendant United States of America's motion to dismiss. The Court has considered same and is of the opinion that the application be granted. Wherefore, it is hereby

ORDERED, that the submission date for Defendant United States of America's motion to dismiss (Doc. 40) is hereby continued to March 21, 2008; it is further

ORDERED, that Plaintiff is granted leave to supplement his opposition to the motion on or before February 29, 2008, and Defendant may file any reply on or before March 14, 2008.

Dated: 2/7/2008

/s/ Ronald S. W. Lew
Hon. Ronald H.W. Lew
United States District Judge