Brant S. Levine, D.C. Bar 472970
United States Department of Justice, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-616-4373
Fax: 202-616-4314
Brant.Levine@usdoj.gov

Attorney for the Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VALADEZ LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, ET AL., <br><br> Defendants. | Case No. 2:07-cv-01566-LEW <br><br> **STIPULATION AND ORDER CONTINUING MARCH 21, 2008 HEARING TO APRIL 4, 2008 FOR THE FEDERAL DEFENDANTS' MOTIONS** |

Defendants Michael Chertoff, Alberto Gonzales, Antonio Amador, Nancy Alcantar, Yakov Grinberg, and the United States of America ("the Federal Defendants") request that the Court continue the current hearing date on their four pending motions so that they may have additional time to file their reply briefs. Plaintiff filed his oppositions on March 1, 2008, and the reply briefs are due March 14, 2008. The current due date for the reply briefs was set pursuant to a stipulation and order (Doc. No. 46) that provided two extra days for the Federal Defendants to file their replies beyond the time set forth in the local rules. Counsel for the Federal Defendants needs additional time to prepare and file the four reply briefs in part because he will be traveling this week to Boise, Idaho, for activity in another case. Counsel for Plaintiff stipulates to this

PDF created with pdfFactory trial version www.pdffactory.com

request. Counsel for Defendants Lown and Van Zandt, whose motion is also currently scheduled for hearing on March 21, 2008, have a scheduling conflict on April 4th and request that the hearing on their motion remain on the calendar for March 21st.

Therefore, it is requested that the Court continue the hearing date for all pending motions by the Federal Defendants to April 4, 2008, at 10:00 am and that the Federal Defendants file their reply briefs pursuant to Local R. 78-230.

March 4, 2008

Respectfully submitted,

/s/ Brant S. Levine
Brant S. Levine
Counsel for Michael Chertoff, Alberto Gonzales, Antonio Amador, Nancy Alcantar, Yakov Grinberg, and the United States of America

/s/Carter C. White
as authorized on March 3, 2008
Carter C. White
Co-counsel for Juan Carlos Valadez Lopez

**IT IS SO ORDERED.**

/s/ Ronald S. W. Lew
Hon. Ronald H.W. Lew
United States District Judge

Stipulation to Continue the Hearing Date for Federal Defendants' Motions
Case No. 2:07-cv-01566-LEW

2

PDF created with pdfFactory trial version www.pdffactory.com