**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN CARLOS VALADEZ LOPEZ, )<br>  )<br>     Plaintiff, )<br>  )<br>   v. )<br>  )<br>MICHAEL CHERTOFF, et al. )<br>  )<br>     Defendants. )<br>_____ ) | CV 07-1566-LEW<br><br>**ORDER** |

Currently before the Court is Defendants Richard Van Zandt and Donald Lown's Motion to Dismiss. Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

As a preliminary matter, the Court **GRANTS** Moving Defendants' Request for Judicial Notice as to all documents.

1

The Court:

- **GRANTS, with 20 days leave to amend,** the Motion as to the First, Third, and Sixth Causes of Action under 42 U.S.C. § 1983 against Defendant Van Zandt because the Third Amended Complaint ("TAC") fails to allege Van Zandt's conduct that amounts to an act under color of state law;

- **DENIES** the Motion as to the First, Third, and Sixth Causes of Action under 42 U.S.C. § 1983 against Defendant Lown because, when construed in light most favorable to Plaintiff, Lown's alleged conduct as supervisor and trainer may qualify as acts under color of state law;

- **GRANTS, with 20 days leave to amend,** the Motion as to the First, Third, and Sixth Causes of Action under Cal. Civ. Code § 52.1, and the Seventh Cause of Action because the TAC fails to allege conduct that amounts to threats, intimidation, or coercion; and

- **GRANTS, with 20 days leave to amend,** the Motion as to the Eighth Cause of Action because the TAC fails to allege that Plaintiff is actually innocent.

**IT IS SO ORDERED.**                /S/ Ronald S. W. Lew

_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

DATED: April 10, 2008