...

prepared by:
JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division
TIMOTHY P. GARREN
Director, Torts Branch
Civil Division
ANDREA W. McCARTHY
Senior Trial Counsel
Civil Division, Torts Branch
ANDREW D. SILVERMAN
Cal. Bar No. 246539
Trial Attorney, Torts Branch
BRANT S. LEVINE
Trial Attorney, Torts Branch
Civil Division
United States Department of Justice
   P.O. Box 7146
   Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-4373
   brant.levine@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JUAN CARLOS VALADEZ LOPEZ,<br><br>           Plaintiff,<br><br>           v.<br><br>MICHAEL CHERTOFF, ET AL.,<br><br>           Defendants. | Case No. 2:07-CV-01566-LEW<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR THE FEDERAL DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

     For the reasons stated below, Defendants Grinberg, Alcantar, Amador and the United States (collectively, "the Federal Defendants") respectfully request an enlargement of time to June 20, 2008 to file responsive pleadings to Plaintiff's Third Amended Complaint. Plaintiff stipulates to this request.

     1. On Monday, April 21, 2008, this Court granted, in part, and denied, in part, Defendant Grinberg's Motion for Summary Judgment; Defendants Alcantar and Amador's Motion to

Dismiss or, in the Alternative, for Summary Judgment; and Defendant United States' Motion to Dismiss.  Doc. No. 66.  Under the Federal Rules of Civil Procedure, Defendants Grinberg, Alcantar, Amador, and the United States have ten (10) days to file their respective responsive pleadings.  Fed. R. Civ. P. 12(a)(4)(A).

    2.  Defendants Grinberg, Alcantar, and Amador raised a defense of qualified immunity to Plaintiff Valadez Lopez's claims.   Doc. No. 20 (Grinberg Motion); Doc. No. 22 (Alcantar and Amador Motion).  The denial of an immunity defense meets the finality requirement of 28 U.S.C. § 1291 and thus is immediately appealable.  *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985); *Behrens v. Pelletier*, 516 U.S. 299, 313 (1996).  These defendants (and the Solicitor General) are currently evaluating whether to appeal this Court's April 21, 2008, decision.  Under the Federal Rules of Appellate Procedure, a notice of appeal must be filed within 60 days of that decision.  Fed. R. App. P. 4(a)(1)(B).  Therefore, the Federal Defendants respectfully request the Court to extend the time to file responsive pleadings to 60 days after the decision, June 20, 2008.

DATED: April 28, 2008

    Respectfully submitted,

    _____/S/_____
    Brant S. Levine
    Counsel for Defendants Grinberg, Alcantar, Amador, and the United States


    _____/S/_____
    Laurence Masson, as authorized on April 28, 2008
    Co-counsel for Juan Carlos Valadez Lopez

DATED: April 28, 2008

                            **IT IS SO ORDERED.**

                            /s/ Ronald S. W. Lew
                            Hon. Ronald S. W. Lew
                            United States District Judge