Brant S. Levine, D.C. Bar 472970
United States Department of Justice, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-616-4373
Fax: 202-616-4314
Brant.Levine@usdoj.gov

Attorney for the Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN CARLOS VALADEZ LOPEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL CHERTOFF, ET AL.,**<br><br>Defendants. | Case No. 2:07-cv-01566-LEW<br><br>**STIPULATION AND PROPOSED ORDER REGARDING PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

Plaintiff Juan Carlos Valadez Lopez and Defendants Michael Chertoff, Alberto Gonzales, Antonio Amador, Nancy Alcantar, Yakov Grinberg, and the United States of America ("the Federal Defendants") stipulate to the following items regarding Plaintiff's Fourth Amended Complaint (Doc. No. 69), which contains the same allegations against the Federal Defendants as in the Third Amended Complaint. The Court previously dismissed several of the claims in the Third Amended Complaint in response to the Federal Defendants' motions to dismiss or for summary judgment. *See* Order dated April 21, 2008 (Doc. No. 66). Therefore, the parties jointly propose the following:

1. The Court's order of April 21, 2008, shall have the same force and effect on Plaintiff's Fourth Amended Complaint as it did on Plaintiff's Third Amended Complaint.

2. Pursuant to the Court's order on April 29, 2008 (Doc. No. 68) extending the time to respond to Plaintiff's Third Amended Complaint, Defendants Grinberg, Alcantar, Amador, and the United States shall have until June 20, 2008 to file responsive pleadings to Plaintiff's Fourth Amended Complaint.

3. By agreeing to this Stipulation, Plaintiff does not waive any right to appeal the dismissal of any of his claims against any of the Federal Defendants.

May 8, 2008

Respectfully submitted,

/s/ Brant S. Levine
Brant S. Levine
Counsel for Michael Chertoff, Alberto Gonzales, Antonio Amador, Nancy Alcantar, Yakov Grinberg, and the United States of America

/s/Laurence Masson
as authorized on May 07, 2008
Laurence Masson
Co-counsel for Juan Carlos Valadez Lopez

**IT IS SO ORDERED.**

_____/ S /_____
Hon. Ronald S.W. Lew
Senior United States District Judge