1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **EASTERN DISTRICT OF CALIFORNIA**
10                  **SACRAMENTO DIVISION**
11
12
13
14  JUAN CARLOS VALADEZ       )   2:07-cv-1566-LEW
    LOPEZ,                    )
15                            )   **ORDER**
            Plaintiff,        )
16                            )
                              )
17      v.                    )
                              )
18                            )
    MICHAEL CHERTOFF, et al.  )
19                            )
            Defendants.       )
20  _____)
21
22      Currently before this Court is Defendants Van Zandt
23  and Lown's Motion to Dismiss the Fourth Amended
24  Complaint.  Having considered all papers and arguments,
25  **THE COURT NOW FINDS AND RULES AS FOLLOWS:**
26  //
27  //
28

                              1

1  The Court:
2  - **GRANTS** the Motion **with prejudice** as to the Third
3  Cause of Action because Plaintiff was a civil detainee
4  during the relevant incidents.
5  - **GRANTS** the Motion **with prejudice** as to the First and
6  Sixth Causes of Action based on 42 U.S.C. § 1983
7  against Defendant Van Zandt because Van Zandt's conduct
8  does not amount to acts under color of state law.
9  - **DENIES** the Motion as to the First and Sixth Causes of
10 Action under 42 U.S.C. § 1983 against Defendant Lown
11 because Plaintiff's allegations are sufficient.
12 - **DENIES** the Motion as to the First and Sixth Causes of
13 Action under Cal. Civ. Code § 52.1, and the Seventh
14 Cause of Action because Plaintiff's allegations are
15 sufficient.
16 - **GRANTS** the Motion **with prejudice** as to the Eighth and
17 Eleventh Causes of Action because Plaintiff is not free
18 from criminal involvement.
19
20 **IT IS SO ORDERED.**
21
22                                  /s/
   _____
   **HONORABLE RONALD S.W. LEW**
   Senior U.S. District Judge
23 DATED: June 13, 2008
24
25
26
27
28

2