UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Carlos Valadez Lopez,<br><br>        Plaintiff,<br><br>    v.<br><br>Michael Chertoff, et al,<br><br>        Defendant. | No. CV 07-1566-LEW<br><br>ORDER **GRANTING** FEDERAL DEFENDANTS' MOTION TO COMPEL INITIAL DISCLOSURES FROM PLAINTIFF AND DEFENDANT WIMBASH'S JOINDER |

Defendants United States of America, Antonio Amador, Nancy Alcantar, and Yakov Grinberg's ("Federal Defendants") Motion to Compel Initial Disclosures from Plaintiff and Defendant Mack Wimbash's Joinder to the Motion was set for hearing on November 21, 2008. Having taken the matter under submission, and having reviewed all papers submitted pertaining to this motion the Court, **NOW FINDS AND RULES AS FOLLOWS**:

///

///

This Court **GRANTS** Federal Defendants' Motion to Compel Initial Disclosures and Defendant Wimbash's Joinder to Federal Defendants' Motion to Compel Initial Disclosures.  Plaintiff has failed to provide the required initial disclosures under Federal Rule of Civil Procedure 26(a)(1).  Plaintiff has ten days from the date of this Order to produce the required disclosures or may be subject to sanctions under Federal Rule of Civil Procedure 37.

**IT IS SO ORDERED.**

/ S /
_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATE: November 26, 2008