**FILED**

APR 13 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Carlos Valadez Lopez,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Michael Chertoff, et al.,<br><br>　　　　　Defendants. | ED CV 07-1566-LEW<br><br>ORDER **GRANTING** FEDERAL DEFENDANTS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND EXPENSES |

　　　Defendants Sacramento County, Lou Blanas, and Sacramento County Sheriff John McGinness' Motion to Compel Responses to Interrogatories and Expenses was set for hearing on April 17, 2009. Having taken the matter under submission on April 8, 2009, and having reviewed all papers submitted pertaining to this motion the Court, **NOW FINDS AND RULES AS FOLLOWS:**

　　　Plaintiff failed to Answer Set One of the Interrogatories submitted by Defendant under Federal

1

1 | Rule of Civil Procedure ("FRCP") 33. Plaintiff now
2 | asserts that he complied on April 3, 2009. To the
3 | extent Plaintiff has failed to answer Set One of the
4 | Interrogatories submitted by Defendant under FRCP 33,
5 | the Court **GRANTS** Federal Defendants' Motion to Compel
6 | Responses to Interrogatories. See FRCP 37(a). To the
7 | extent Plaintiff has not responded he has until April
8 | 20, 2009 to comply.

10 | Additionally, the Court finds that Plaintiff's non-
11 | disclosure was not substantially justified. Therefore,
12 | according to FRCP 37(a)(5)(A), the Court orders
13 | Plaintiff's Counsel to pay Defense Counsel's attorney's
14 | fees in the amount of $555.00. Plaintiff's Counsel has
15 | until April 27, 2009 to issue full payment.

17 | **IT IS SO ORDERED.**

18 | / s /

20 | **HONORABLE RONALD S.W. LEW**
21 | Senior, U.S. District Court Judge

23 | DATED: April 13, 2009