UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Carlos Valadez Lopez,<br><br>                Plaintiff,<br><br>     v.<br><br>Michael Chertoff, et al.,<br><br>                Defendants. | CV 07-1566-LEW<br><br>ORDER **DISMISSING WITH PREJUDICE** All Claims Against Antonio Amador |

    The Court is in receipt of Plaintiff Juan Carlos Valadez Lopez and Defendant Antonio Amador's Notice of Voluntary Dismissal. Pursuant to that Notice the parties have stipulated to dismiss all remaining claims against Defendant Amador with prejudice, and that each party bear his own costs of suit. The Court, having considered the above stipulation of counsel, **NOW FINDS AND RULES AS FOLLOWS:**

///

///

///

1

All claims against Defendant Amador are hereby dismissed with prejudice and Defendant Amador is terminated as a defendant in this lawsuit.

**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: April 22, 2009