# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Carlos Valadez Lopez, | CV 07-1566-LEW |
| Plaintiff, | |
| v. | ORDER TO CONTINUE DISCOVERY MOTIONS RELATED TO THE FEDERAL DEFENDANTS, OTHER FEDERAL EMPLOYEES, AND NON-FEDERAL DEFENDANTS |
| Michael Chertoff, et al., | |
| Defendants. | |

Before the Court is Plaintiff Valadez Lopez and Federal Defendants Stipulation to continue hearings related to their respective discovery motions until May 15, 2009. See Doc. Nos. 121, 124.

Good cause having been shown, the Court **GRANTS** the parties' request. The hearing is hereby moved to May 15, 2009. Additionally, the Court will also move Plaintiff's Motion to Compel (Doc. No. 124) as to non-federal defendants Donald Lown and McGinness to May 15, 2009. A Joint Statement Re Discovery Disagreements
///

1

shall be filed no later than three court days before that date.  L.R. 37-251.

**IT IS SO ORDERED.**

*RONALD S.W. LEW*
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: April 28, 2009