# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Carlos Valadez Lopez,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Michael Chertoff, et al.,<br><br>　　　　　　　Defendants. | CV 07-1566-LEW<br><br>ORDER FOR PARTIES TO SUBMIT COURTESY COPIES FOR ALL PENDING MOTIONS |

Pending before the Court is Federal Defendants' Motion to Determine Sufficiency of Responses to Requests for Admission [121], Plaintiff's Motion to Compel Production of Documents and Electronically-Stored Information [124], and Plaintiff's Motion to Amend [139]. The parties have failed to produce courtesy copies for each of these Motions.[1] The

---

[1] The Court notes that it did receive a courtesy copy of Defendants Sacramento County, Lou Blanas, and John McGinness' Reply to Plaintiff's Response to Motion to Compel Responses to Interrogatories and for Expenses.

1

parties are ordered from this point forward to timely supply courtesy copies for all Motions, regardless of page length.  In addition, Plaintiff is ordered to produce within forty-eight hours a courtesy copy for his Motion to Amend [139].

**IT IS SO ORDERED.**

                                        /s/
                              **HONORABLE RONALD S.W. LEW**
                         Senior, U.S. District Court Judge

DATED: May 26, 2009