**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Juan Carlos Valadez Lopez,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Chertoff, et al.,<br><br>　　　　　　　Defendants. | CV 07-1566-LEW<br><br>ORDER **TERMINATING** Federal Defendants' Motion to Determine Sufficiency of Responses to Requests for Admission [121] |

　　On April 7, 2009, Federal Defendants filed Motion to Determine Sufficiency of Responses to Requests for Admission. [Do. No. 121.] On May 15, 2009, the Court took this Motion under submission. [Do. No. 138.] Federal Defendants stated in their Joint Statement for the Motion to Compel [Do. No. 137] that the parties resolved their disagreements as to the above Motion. Therefore, the Court hereby removes from calendar and
///
///

1

terminates Federal Defendants' Motion to Determine Sufficiency of Responses to Requests for Admission.

**IT IS SO ORDERED.**

/s/
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: June 2, 2009