# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JUAN CARLOS VALADEZ-LOPEZ,**

CASE NO: **2:07--CV--01566—LEW**

V.

**THE UNITED STATES OF AMERICA**

_____

<u>XX</u> -- **Decision by the Court.** This action came to be considered by the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

> **THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT UNITED STATES OF AMERICA IN ACCORDANCE WITH THE COURT'S ORDER OF 5/8/09**

**Victoria Minor**
Clerk of Court

ENTERED: May 9, 2009

By: _____
Deputy Clerk