# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN CARLOS VALADEZ LOPEZ,**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**MICHAEL CHERTOFF, in his Individual Capacity, Secretary of the Dept. of Homeland Security; et al.,**<br><br>　　　　　**Defendants.** | **CASE NO. 2:07-CV-01566 LEW**<br><br>**ORDER RE: STIPULATION OF DISMISSAL AS TO DEFENDANT MACK WIMBISH [157]** |

The Court, having considered the stipulation [157] of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice, as to Defendant, Mack Wimbish in his Individual and Official Capacities as Sheriff of Kern County pursuant to Federal Rules of Civil Procedure 41(a)(1)and (2).

**IT IS SO ORDERED.**

Dated: July 20, 2009

/ S /
_____
HONORABLE, RONALD S.W. LEW
Senior, U.S. District Court Judge