CARTER C. WHITE, CSB #164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone:  (530) 752-5440
Facsimile:  (530) 752-5788
ccwhite@ucdavis.edu

Counsel for Plaintiff Juan Carlos Valadez-Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VALADEZ-LOPEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL CHERTOFF, et al,<br><br>            Defendants | Case No.: 2:07-CV-01566-LEW<br><br>**[PROPOSED] ORDER RESETTING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, PRETRIAL, AND TRIAL**<br><br>Current Date:   August 21, 2009<br>Proposed Dates: September 11, 2009<br>                September 18, 2009<br>Time:           10:00 am<br>Courtroom:      21<br>Judge:          Ronald S.W. Lew |

On this day, came on before the Court the Stipulation of the parties, and the Court, having considered same, does hereby

ORDER that the hearing on Defendant Yakov Grinberg's Motion for Summary Judgment (Doc. 155) is rescheduled to September 11, 2009, at 10:00 a.m., and the hearing on Defendant Donald Lown's Motion for Summary Judgment (Doc 156) is rescheduled to September 18, 2009, at 10:00 a.m., the deadline for opposition is set for August 21, and the deadline for replies is reset in accordance with Local Rule 78-230.  The Court further ORDERS that the Final Pretrial Conference and Jury Trial settings contained in the Court's order of October 14, 2008 (Doc. 94) are hereby vacated and that the Final Pretrial Conference will be rescheduled for a date no less

///

1

than sixty days following the Court's ruling on both motions for summary judgment, with a jury trial to follow thirty days later.

Entered this 4th day of August, 2009.

/ S /
_____
**Honorable Ronald S. W. Lew**
Senior, U.S. District Court Judge