Brant S. Levine, D.C. Bar 472970
United States Department of Justice, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-616-4373
Fax: 202-616-4314
Brant.Levine@usdoj.gov

Attorney for Yakov Grinberg

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN CARLOS VALADEZ LOPEZ,** | ) |
| Plaintiff, | ) |
| | ) Case No. 2:07-cv-01566-LEW |
| v. | ) |
| | ) **ORDER EXTENDING DEADLINE FOR** |
| | ) **EXPERT DISCOVERY** |
| **MICHAEL CHERTOFF, ET AL.,** | ) |
| Defendants. | ) |

Plaintiff Juan Carlos Valadez Lopez and Defendant Yakov Grinberg stipulate that Defendant Grinberg shall produce any rebuttal expert report within 18 days after the court issues a ruling on Defendant Grinberg's pending motion for summary judgment (Doc. No. 155) and that the parties shall complete depositions of expert witnesses within 21 days after Defendant serves his expert rebuttal report. The following is offered in support of this stipulation:

1. On August 6, 2009, the Court issued an order denying Defendant Grinberg's motion to strike Plaintiff's expert reports, but allowing Defendant an additional 30 days to disclose rebuttal expert reports. *See* Doc. No. 162.

Stipulation to Extend Expert Discovery
Case No. 2:07-cv-01566-LEW

1

2. Because Plaintiff's expert reports relating to Defendant Grinberg concern only Plaintiff's alleged damages, the reports do not impact Defendant Grinberg's pending motion for summary judgment. Accordingly, the parties believe that judicial economy will be best served by deferring any further expert discovery until after the Court rules on Defendant Grinberg's motion for summary judgment, which is set for hearing on September 11, 2009.

3. Defendant Grinberg also believes that any further discovery at this point in the litigation would be inappropriate because he has asserted qualified immunity in his pending motion for summary judgment. *See Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1953 (2009) ("The basic thrust of the qualified-immunity doctrine is to free officials from the concerns of litigation, including avoidance of disruptive discovery") (quotations omitted).

4. To ensure that the current schedule for the pretrial conference and jury trial dates are not affected, Defendant Grinberg will serve his expert rebuttal report within 18 days after the court issues a ruling on his motion for summary judgment, and the parties will complete any depositions of expert witnesses within 21 days after that date.

**IT IS SO ORDERED.**

Date: August 18, 2009          / S / _____

Honorable Ronald S. W. Lew
Senior, U.S. District Court Judge