MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, California 95815
Tel: 916-922-1200 Fax: 916 922-1301
Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendants,
COUNTY OF SACRAMENTO,
LOU BLANAS, and JOHN MCGINNESS

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS VALADEZ LOPEZ, | **CASE NO. 07-1566 LEW** |
| Plaintiff, | **NOTICE OF STIPULATED DISMISSAL** |
| vs. | **WITH PREJUDICE (FRCP 41) AND** |
| | **[PROPOSED] ORDER REGARDING** |
| MICHAEL CHERTOFF, et al., | **STIPULATED DISMISSAL WITH** |
| | **PREJUDICE (FRCP 41)** |
| Defendants. | **[164]** |

It is hereby stipulated, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the Plaintiff, JUAN CARLOS VALADEZ LOPEZ, by and through his attorney, Laurence Masson, and Defendants COUNTY OF SACRAMENTO, LOU BLANAS, and JOHN MCGINNESS by and through their attorney, Shanan L. Hewitt, that said Defendants are

///
///
///
///
///
///
///

dismissed with prejudice from the above-captioned action forthwith with each party herein to bear his/its own attorneys fees and costs.

Date:  August 17, 2009                          /s/ Shanan L. Hewitt
                                                SHANAN L. HEWITT
                                                Attorney for Defendants
                                                COUNTY OF SACRAMENTO,
                                                LOU BLANAS, and JOHN MCGINNESS

Date: August 17, 2009                           /s/ Laurence Masson
                                                LAURENCE MASSON
                                                Attorney for Plaintiff
                                                JUAN CARLOS VALADEZ LOPEZ

**IT IS SO ORDERED**.

Date: September 15, 2009                        / s /
                                                _____
                                                HONORABLE RONALD S.W. LEW
                                                Senior, U.S. District Court Judge