**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN CARLOS VALADEZ LOPEZ, <br><br>    Plaintiff, <br><br>    v. <br><br>MICHAEL CHERTOFF, et al. <br><br>    Defendants. | CV 07-1566-LEW <br><br> **ORDER Re: DEFENDANT DONALD LOWN'S MOTION FOR SUMMARY JUDGMENT [156]** |

Currently before the Court is Defendant Donald Lown's Motion for Summary Judgment as to the remaining allegations in Plaintiff's First and Sixth Causes of Action. Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

The Court **GRANTS** Defendant Lown's Motion for Summary Judgment as to the remaining allegations set forth in the First and Sixth Causes of Action.

Summary judgment is appropriate when the pleadings, affidavits, and other supporting papers demonstrate

1  that there are no genuine issues of material fact, and
2  the moving party is entitled to prevail as a matter of
3  law.  Fed. R. Civ. P. 56(c); <u>Celotex Corp. v. Catrett</u>,
4  477 U.S. 317, 322 (1986).  When making this
5  determination, the Court must view the record in the
6  light most favorable to the non-moving party.  <u>Anderson
7  v. Liberty Lobby, Inc.</u>, 477 U.S. 242, 255 (1986).  A
8  "genuine" dispute is one that is supported by evidence
9  sufficient to permit a reasonable jury to find in favor
10 of the nonmoving party.  <u>Id.</u> at 247-48.

11      Having reviewed the matter, the Court finds that
12 Defendant Lown had no individual supervision over, or
13 training of, Defendant Van Zandt as alleged in
14 Plaintiff's Fourth Amended Complaint. Furthermore, the
15 Court finds that there are no genuine issues of
16 material fact as to whether Defendant is liable in his
17 official capacity on behalf of the Yolo County Public
18 Defender's Office.

19      Plaintiff is unable to establish a genuine issue of
20 material fact as to either Defendant Lown's individual
21 or official capacity liability under 42 U.S.C. § 1983.
22 Furthermore, and pursuant to <u>Monell v. Dep't of Soc.
23 Servs.</u>, 436 U.S. 658 (1978), Plaintiff's suit is
24 properly alleged against the governmental entity
25 itself.  Maintenance of a suit against the Yolo County
26 Public Defender's Office cannot be based on allegations
27 against Defendant Lown in his official capacity.
28 ///

2

1  Accordingly, the Court **GRANTS** Defendant Donald
2 Lown's Motion for Summary Judgment as to the individual
3 and official capacity claims in the First and Sixth
4 Causes of Action.
5  As there are no remaining claims against Defendant
6 Donald Lown, Lown is hereby dismissed from this
7 lawsuit.
8 **IT IS SO ORDERED.**

/ s /

_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Court Judge

DATED: September 25, 2009

3