**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN CARLOS VALADEZ LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.<br><br>    Defendants.<br>_____ | CV 07-1566-LEW<br><br>**ORDER Re: Final Pretrial Conference and Trial Dates** |

The Court finds that all Defendants and claims in this action have been resolved.

///
///
///
///
///

1

1   Therefore, the Court now Orders the remaining Final
2 Pretrial Conference and Trial dates **VACATED**.

4 **IT IS SO ORDERED.**

/s/

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

DATED: October 23, 2009

2