**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN CARLOS VALADEZ LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.<br><br>        Defendants.<br>_____ | CV 07-1566-LEW<br><br>**Judgment re: Yakov Grinberg** |

    Defendant Yakov Grinberg's Motion for Summary Judgment was ruled upon by this Court on September 28, 2009.

    Having reviewed the Motion, Opposition, and Reply, this Court granted Defendant's Motion for Summary Judgment in a separate Order pursuant to Federal Rule of Civil Procedure 56.  As contemplated by that Order

1

and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

(1) Plaintiff shall take nothing from Defendant Yakov Grinberg.

(2) Plaintiff's Complaint is dismissed with prejudice.

DATED: November 23, 2009

**IT IS SO ORDERED.**

*Ronald S.W. Lew*

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge