LAURENCE O. MASSON, CSB # 87794
LAW OFFICE OF LAURENCE O. MASSON
2635 Alcatraz Avenue, #206
Berkeley, CA 94705-2702
Telephone: 510.735.9691
Facsimile: 510.735.9693
lomlex@pacbell.net

CARTER C. WHITE, CSB #164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone:  (530) 752-5440
Facsimile:  (530) 752-5788
ccwhite@ucdavis.edu

Counsel for Plaintiff Juan Carlos Valadez-Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VALADEZ-LOPEZ, <br><br>    Plaintiff, <br><br>    vs. <br><br> MICHAEL CHERTOFF, et al, <br><br>    Defendants | Case No.: 2:07-CV-01566-LEW <br><br> **ORDER REGARDING TIMELINESS OF PLAINTIFF'S OBJECTION TO DEFENDANT GRINBERG'S BILL OF COSTS** |

The parties having stipulated, the Court

ORDERS that Plaintiff may file his objections to Defendant Grinberg's bill of costs on or before December 4, 2009, a period 10 days after the bill of costs was filed.

Dated: December 7, 2009

**RONALD S.W. LEW**
_____
Honorable Ronald S. W. Lew
Senior U.S. District Court Judge