**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| JUAN CARLOS VALADEZ LOPEZ, | ) ) ) | CV 07-1566-LEW |
| Plaintiff, | ) ) | **Order re: Bill of Costs for Defendant Grinberg** |
| v. | ) ) ) | [184] |
| MICHAEL CHERTOFF, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

The Court is in receipt of Defendant Grinberg's Bill of Costs filed on November 24, 2009. The Court has also reviewed Plaintiff's objections to the Bill of Costs filed on December 4, 2009. Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

///

The Court hereby finds that Plaintiff's Bill of Costs has been properly filed and supported by appropriate documentation. Therefore, pursuant to Local Rule 292 and Federal Rule of Civil Procedure 54, the Court hereby taxes all fees of the court reporter in the amount of $2,021.93.

**IT IS SO ORDERED.**

DATED: January 4, 2010

/s/

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge