1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

**SACRAMENTO DIVISION**

11

12

13

14

JUAN CARLOS VALADEZ LOPEZ,                  )          CV 07-1566-LEW
                                            )

15

        Plaintiff,                          )          **Order re: Bill of**
                                            )          **Costs for Defendants**

16

                                            )          **Lown and Van Zandt**
                                            )          **[189]**

17

     v.                                     )
                                            )

18

MICHAEL CHERTOFF, et al.)                   )

19

        Defendants.                         )
                                            )

20

_____)

21

22

        The Court is in receipt of Defendants Lown and Van

23

Zandt's Bill of Costs filed on December 15, 2009.  The

24

Court has also reviewed Plaintiff's objections to the

Bill of Costs filed on December 22, 2009.  Having

25

considered all papers and arguments, **THE COURT NOW**

26

**FINDS AND RULES AS FOLLOWS:**

27

///

28

1

The Court hereby finds that Defendants' Bill of Costs is untimely and therefore is **DENIED**.  Pursuant to Local Rule 292, Defendants Lown and Van Zandt had fourteen days from the entry of judgment to bring their Bill of Costs.  The Court closed this case in its Order of October 26, 2009.  The Court stated that all claims against all defendants had been resolved at that time. The present Bill of Costs was submitted on December 15, 2009.

Therefore, pursuant to Local Rule 292 and Federal Rule of Civil Procedure 54, the Court DENIES Defendants' Bill of Costs as untimely.

DATED: January 26, 2010


**IT IS SO ORDERED**


/ S /
_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Court Judge