UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUAN CARLOS VALADEZ LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.<br><br>    Defendants. | CV 07-1566-LEW<br><br>**ORDER Re: DEFENDANTS DONALD LOWN AND RICHARD VAN ZANDT'S MOTION FOR ATTORNEY FEES [191]** |

Currently before the Court is Defendants Donald Lown and Richard Van Zandt's Motion for Attorney Fees [191]. The Court took this matter under submission on January 19, 2010. Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

///

///

1

The Court **DENIES** Defendants' Motion for Attorneys' Fees. The Court finds that Plaintiff's claims were reasonable at the time the Complaint was filed. Furthermore, pursuant to Hughes v. Rowe, 449 U.S. 5 (1980), the mere fact that Plaintiff's allegations were insufficient to require a trial in this matter does not mean the claims were groundless or without foundation.

Therefore, under 42 U.S.C. § 1988, it is within this Court's discretion to determine whether an award of attorneys' fees is appropriate in this matter. The Court hereby declines to award any such fees and **DENIES** Defendants' Motion.

DATED: February 5, 2010

**IT IS SO ORDERED**

/s/

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge